**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| IN THE MATTER ) | |
| OF THE COMPLAINT ) | |
| ) | |
| OF ) | CIV. ACT. NO.: 1:21-CV-00006-TFM-N |
| ) | |
| MITCHELL G. LATTOF, JR., ) | IN ADMIRALTY |
| Owner of the Motor Vessel ) | |
| SALTY DOG, Hull Identification ) | |
| Number OIS38119I506, for ) | |
| exoneration from or limitation of ) | |
| liability. ) | |

## JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order dated December 2, 2021, the Court hereby enters judgment as follows:

1. Petitioner Mitchell G. Lattof, Jr. and the motor vessel SALTY DOG, bearing Hull Identification Number OIS38119I506, are hereby exonerated from liability for all claims arising out of the breakaway of the said motor vessel during Hurricane Sally on or about September 16, 2020.

2. Petitioner Mitchell G. Lattof, Jr. and the said motor vessel are hereby discharged from all further liability with respect to such claims and all potential claimants are forever enjoined and prohibited from the filing and prosecution of any claims against the Petitioner or his property in consequence of or in connection with the breakaway of the said motor vessel during Hurricane Sally on or about September 16, 2020.

The Clerk of Court is **DIRCTED** to close the case.

**DONE** and **ORDERED** this 2nd day of December 2021.

/s/ Terry F. Moorer
TERRY F. MOORER

UNITED STATES DISTRICT JUDGE